UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
22 NOV 18 PM 3:06
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ CLERK

| | |
|---|---|
| BANDSPEED, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ITRON, INC.,<br><br>    Defendant. | Civil Action No. 1:22-cv-709 |

## ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT ITRON, INC. FOR SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Having considered the Unopposed Motion of Defendant Itron, Inc. for Second Extension of Time to Respond to Plaintiff's Complaint, and noting that the Motion is unopposed, the Court finds that good cause has been shown for the requested extension and hereby GRANTS the motion.

It is therefore ORDERED that Itron, Inc.'s time to move, answer, or otherwise respond to Plaintiff's Complaint is extended to December 17, 2022.

SIGNED this 18th day of November, 2022.

_____
U.S. DISTRICT COURT JUDGE